UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VIRGINIA A. JONES,

        Plaintiff,

-vs-                                      Case No. 6:10-cv-1139-Orl-18GJK

G4 CONSULTING, LLC, THOMAS GRIGA,
NANCY GRIGA,

        Defendants.

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Amended Motion for Default Judgment (Doc. No. 19). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Amended Motion is **GRANTED** in part and **DENIED** in part. Default judgment shall be entered against G4 Consulting in the total sum of $12,598.00, representing $6,299.00 in wages and $6,299.00 in liquidated damages. In all other respects, the Motion is **DENIED**. Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this ___19___ day of September, 2012.

                                    G. KENDALL SHARP
                                  Senior United States District Judge

Copies to:

Counsel of Record